**Ilich VARGAS, Plaintiff-Appellant,**

v.

**John MCMAHON, San Bernardino County Sheriff, in his individual and official capacities; et al., Defendants-Appellees.**

No. 16-55816

United States Court of Appeals, Ninth Circuit.

Submitted March 13, 2018 *

Filed March 14, 2018

Ilich Vargas, Pro Se

Before: THOMAS, Chief Judge, and TROTT and SILVERMAN, Circuit Judges.

MEMORANDUM **

Pretrial detainee Ilich Vargas appeals pro se from the district court's order denying his application to proceed in forma pauperis ("IFP") in his 42 U.S.C. § 1983 action alleging constitutional claims arising from his pending state criminal proceedings and his custody in San Bernardino County's West Valley Detention Center. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990). We affirm.

The district court did not abuse its discretion by denying Vargas's motion to pro-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

ceed IFP because Vargas failed to allege facts in his proposed complaint sufficient to state a claim. *See id.* at 616-17 (district court may deny leave to proceed IFP " 'at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit' ") (quoting *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1370 (9th Cir. 1987) ).

**AFFIRMED.**

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.